# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SARAH ARCHBOLD,     *

and     *

DONALD W. MARVIN,     *

    *Plaintiffs*,     *     Case No. 11-cv-3586

v.     *     **Filed Electronically**

FIVE STAR LEASING CORP.     *     **JURY TRIAL DEMANDED**
and DOES 1-10, inclusive,
                                     *

    *Defendants.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs dismiss this action with prejudice.

Dated: February 2, 2012            Respectfully Submitted,

                                          */s/ E. David Hoskins*
                                          E. David Hoskins, 06705
                                          LAW OFFICES OF E. DAVID HOSKINS, LLC
                                          Quadrangle Building at Cross Keys
                                          2 Hamill Road, Ste. 362
                                          Baltimore, Maryland 21210
                                          (410) 662-6500 (Tel.)
                                          (410) 662-7800 (Fax)
                                          *dhoskins@hoskinslaw.com*

SO ORDERED, on Thursday, February 2, 2012.

                                          /s/
                                      Marvin J. Garbis
                          United States District Judge